UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:21-po-00412-CKD |
| ) | |
| Plaintiff, ) | ORDER TO DISMISS AND VACATE STATUS |
| ) | CONFERENCE |
| v. ) | |
| ) | |
| PAUL L. SYLVESTER, ) | DATE: November 18, 2021 |
| ) | TIME: 9:30 a.m. |
| Defendant. ) | JUDGE: Hon. Carolyn K. Delaney |
| ) | |
| ) | |
| ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00412-CKD is GRANTED.

It is further ordered that the status conference scheduled on November 18, 2021, is vacated.

IT IS SO ORDERED.

Dated: November 17, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND
VACATE STATUS CONFERENCE        1         U.S. v. PAUL L. SYLVESTER